

**Fw: Oral Argument CD Request**
Jenifer Tubbs    to: Toni Harper                                    05/19/2014 10:31 AM

| From: | Jenifer Tubbs/CA11/11/USCOURTS |
| To: | Toni Harper/CA11/11/USCOURTS@USCOURTS |

Please see requests below.

Jenifer Tubbs
U.S. Court of Appeals - 11th Circuit
Court Section Supervisor
Atlanta, GA
(404) 335-6166 (voicemail) or (404) 335-6131
----- Forwarded by Jenifer Tubbs/CA11/11/USCOURTS on 05/19/2014 10:30 AM -----

| From: | "Jones, Sally (USAGAN)" <Sally.Jones@usdoj.gov> |
| To: | "jenifer_tubbs@ca11.uscourts.gov" <jenifer_tubbs@ca11.uscourts.gov> |
| Cc: | "Sommerfeld, Lawrence (USAGAN)" <Lawrence.Sommerfeld@usdoj.gov> |
| Date: | 05/19/2014 10:09 AM |
| Subject: | Oral Argument CD Request |

Good morning Ms. Tubbs:

At the request of AUSA Lawrence R. Sommerfeld please forward the following oral argument CDs to my attention via U.S. Mail. The CDs are for official use only.

| Case Name | DATE |
|---|---|
| 1. U.S. v. Inger Jensen, 12-14448 (consolidated with 12-15897, U.S. v. Andrew Mackey) | May 16, 2014 |
| 2. Christopher Stoufflet v. U.S., 13-10874 | May 13, 2014 |

*Thank you.*

**Sally Jones, U.S. Attorney's Office**
**Northern District of Georgia, Atlanta Division**
**75 Spring Street, SW - Suite 600**
**Atlanta, GA 30303**
**Tel.: 404/581-6078; Fax:  404/581-6181**